**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL JONES,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:17-0046** |
| **v.** | : | **(JUDGE MANNION)** |
| **DR. JOHN LISIAK, et al.,** | : | |
| **Defendants** | : | |

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY**

**ORDERED THAT**:

1. The motion for summary judgment, filed on behalf of Defendants
   Correct Care Solutions and Dr. John Lisiak, (Doc. 30) is **GRANTED**.
   Judgment is hereby entered in favor of these Defendants and
   against the Plaintiff.

2. Defendants Pennsylvania Department of Corrections and Karen
   Holly, are **DISMISSED** from the above captioned action pursuant to
   28 U.S.C. §1915(e)(2)(B)(ii).

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal will be deemed frivolous, lacking merit, and not taken in
   good faith. See 28 U.S.C. §1915(a)(3).

_s/ Malachy E. Mannion_
**MALACHY E. MANNION**
**United States District Judge**

**Dated:  January 25, 2022**
17-0046-01-ORDER